UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

State Wide Caulking Co.　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　　Case No. 09-56602-TJT
　　　　　　　　　Debtor.　　　　　　　　　　Hon. Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

To the Clerk of the Court:

　　　The attached check in the amount of $4,094.69, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 1 | Bricklayers' Fringe Benefit Funds<br>C/O Craig E. Zucker, Esq.<br>400 Galleria Officecentre #444<br>Southfield, MI 48034 | $ 4,094.69 |
|  | **TOTAL:** | **$ 4,094.69** |

Dated:　3/9/11　　　　　　　　　　　　　　/s/ Frederick J. Dery
　　　　　　　　　　　　　　　　　　　　　Frederick J. Dery, Trustee
　　　　　　　　　　　　　　　　　　　　　803 W. Big Beaver
　　　　　　　　　　　　　　　　　　　　　Suite 353
　　　　　　　　　　　　　　　　　　　　　Troy, MI 48084
　　　　　　　　　　　　　　　　　　　　　fdery@fredjdery.com